# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Ravi Darbha

                      Plaintiff,

v.                                              Case No.: 1:10–cv–02581
                                              Honorable Wayne R. Andersen

Capgemini America Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 30, 2010:

      MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 9/30/2010. Case is set to 11/17/2010 at 2:00 P.M. in courtroom 1350 for settlement conference. The parties are directed to review and to comply with Judge Denlows Standing Order Setting Settlement Conference. Copies are availabe in chambers or through Judge Denlows web page at www.ilnd.uscourts.gov. Failure to comply with the provisions of the Courts Standing Order Setting Settlement Conference may result in the unilateral cancellation of the settlement conference by the Court. Because of the volume of settlement conferences conducted by Judge Denlow, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Parties are required to deliver to chambers or fax to chambers (312/554–8547) copies of their most recent settlement demands and offers at least five (5) business days prior to the settlement conference. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.