# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Wayne R. Andersen elected to retire from the bench as of August 1, 2010; therefore

It is hereby ordered that the cases on the attached list are to be reassigned to other judges of this Court as indicated.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
James F. Holderman
Chief Judge

Dated at Chicago, Illinois this 29th day of October, 2010

Cases reassigned to the Hon. Marvin E. Aspen

| | | |
|---|---|---|
| 07 C 02695 | United States of America v. Cain's Barber College |
| 08 C 07463 | Varey v. United States of America, et al. |
| 09 C 06450 | Farris v. U.S. Airways, Inc. |
| 10 C 01336 | United States of America v. Diggs |
| 10 C 03816 | Malik v. CTA, et al. |

Cases reassigned to the Hon. Elaine E. Bucklo

| | |
|---|---|
| 02 C 07345 | For Your Ease Only v. Calgon Carbon |
| 07 C 05333 | Chess v. United States of America |
| 08 C 04181 | Steen v. Life Insurance Company of North America, et al. |
| 08 C 06082 | Eisenberg v. MDS Inc |
| 09 C 02117 | Carpenters Pension Fund v. Overdoors of Illinois |
| 09 C 07013 | Bush v. Intec Group Inc. |
| 10 C 00195 | Scharwatz v. Matteson Auto Sales, Inc. |
| 10 C 02235 | Cifuentes, et al. v. Collins, et al. |
| 10 C 02900 | Trustees of the Northern Ill Benefit Fund v. Terry Plumbing |

Cases reassigned to the Hon. Rubén Castillo

| | |
|---|---|
| 04 C 00047 | Walden v. City of Chicago |
| 08 C 00519 | Naham v. Haljean, et al. |
| 08 C 02952 | Travelers Companies Inc v. Evergreen Shipping, et al. |
| 08 C 06682 | Venson v. Altamirano, et al. |
| 09 C 02320 | Anders v. BankAmerica Corporation |
| 09 C 06366 | Penn Mutual Life Ins. v. Great Banc Trust, et al. |
| 09 C 07173 | RBS Citizens NA v. Impressive Warehouse Services |
| 10 C 01071 | Central States Pension Fund v. Deer Creek Motors, Inc. |
| 10 C 02566 | Servicemaster Acceptance Company v. AZ Team, et al. |

Cases reassigned to the Hon. Sharon Johnson Coleman

| | |
|---|---|
| 06 C 06112 | Catapult Communications Corp. v. Foster |
| 07 C 04925 | U.S. EEOC v. Skywest Airlines, Inc. |
| 08 C 04567 | Poe, et al. v. Greig, et al. |
| 08 C 05530 | Berg v. eHomeCredit Corp. |
| 09 C 01063 | Chicago Council of Carpenters v. Chicago Installation Co. |
| 10 C 00176 | Le's Signs, Inc. v. Expo Construction |
| 10 C 01896 | Global Total Office Limited Partners v. Global Allies |
| 10 C 02427 | Ramirez v. Greyhound Lines, Inc. |
| 10 C 03617 | GE Business Financial Services Inc. v. Obeid, et al. |

Cases reassigned to the Hon. Suzanne B. Conlon

| | |
|---|---|
| 07 C 06176 | Grooms, et al. v. Tencza, et al. |
| 09 C 03631 | Grooms, et al. v. City of Chicago, et al. |
| 08 C 06360 | Van Hoose v. City of Chicago |
| 10 C 01643 | Kasalo v. NCSPLUS Incorporated, et al. |
| 10 C 03460 | J & J Sports Productions, Inc. v. Nunez, et al. |

Cases reassigned to the Hon. John W. Darrah

| | |
|---|---|
| 06 C 06964 | Vance v. Rumsfeld |
| 08 C 01788 | Perez v. Target Corporation |
| 08 C 06363 | Barber v. Unknown Chicago Police Officers, et al. |
| 09 C 00582 | City of Joliet v. Carolina Casualty |
| 09 C 02571 | Asmus, et a.l v. Mac's Convenience Store |
| 09 C 07227 | Jajeh v. Cook County |
| 10 C 00833 | Nicholson v. Pulte Homes Corp., et al. |
| 10 C 02771 | Verdant Environmental Technologies |
| 10 C 03161 | United States v. America v. De La Lu |

Cases reassigned to the Hon. Samuel Der-Yeghiayan

| | |
|---|---|
| 06 C 06858 | Figueroa v. United States of America |
| 08 C 02021 | Barcode Informatica Limitada v. Zebra Technologies |
| 08 C 05704 | Vanleeuwen v. Dirty Bros., Inc. |
| 09 C 01735 | Ruffin, et al. v. Exel Direct Inc. |
| 09 C 06600 | Green v. United Air Lines, Inc. |
| 10 C 00165 | Terry v. Hodapp |
| 10 C 01702 | Thomas v. Sears, Roebuck and Co. |
| 10 C 02835 | Zomaya v. Consumer Electronics Distributors, et al. |
| 10 C 03429 | Employers Assurance Company v. Downe |

Cases reassigned to the Hon. Robert M. Dow, Jr.

| | |
|---|---|
| 06 C 04834 | Adkins v. Wright |
| 07 C 02520 | Hancock, et a.l vs. J & F Hauling, Inc |
| 08 C 04642 | Suppressed v. Suppressed |
| 09 C 02750 | Executive Risk Indemnity Inc. v. Speltz & Weis |
| 09 C 07247 | Jeffries v. City Of Chicago, et al. |
| 09 C 07922 | Pierce v. Country Life Insurance Co |
| 10 C 01533 | Archer Daniels Midland v. Burlington Insurance Group |
| 10 C 02897 | Labtest International, Inc. v. Centre testing International |
| 10 C 03609 | Brown v. Doe |

Cases reassigned to the Hon. Gary Feinerman

| | |
|---|---|
| 06 C 04981 | Perez v. Town of Cicero, et al. |
| 07 C 01086 | Golden Golf Lighting, Inc. et al v. Greenwich Industries |
| 08 C 05515 | Zawadzki v. Wall |
| 08 C 06598 | Capital Growth Bridge Loan Fund v. K&L Financial, et al. |
| 09 C 00097 | R., et al. v. Aspira, Inc., et al. |
| 09 C 02711 | J&J Sports Productions, Inc. v. Lagunas, et al. |
| 09 C 07244 | Paziouros v. Central FoodService Co. |
| 10 C 00229 | Cross v. Rosenfeld Haffron Shapiro & Farmer |
| 10 C 02837 | RTC Industries, Inc. v. Display Specialties, et al. |
| 10 C 03003 | Russell v. Midway Neurological and Rehabilitation Center |

Cases reassigned to the Hon. Robert W. Gettleman

| | |
|---|---|
| 05 C 04503 | Kelderhouse v. Fox et al |
| 08 C 00085 | Spencer v. City of Rolling Meadows, et al. |
| 08 C 03054 | Schneider v. County of Will, et al. |
| 08 C 05989 | Black v. Cline, et al. |
| 09 C 01067 | Brooks v. Cook County, et al. |
| 10 C 00120 | Todd, et al. v. Medieval Times U.S.A., |
| 10 C 01130 | Brown v. Eyecare Centers of America |
| 10 C 02546 | Mirabella Foundation v. Chicago H&S |
| 10 C 03155 | Reich, et al. v. Cook County Medical Examiner, et al. |

Cases reassigned to the Hon. Joan B. Gottschall

| | |
|---|---|
| 04 C 00691 | Armfield v. Potter |
| 07 C 03024 | Safeco Insurance Company v. Renn |
| 08 C 07004 | United States of America v. Burt |
| 09 C 01726 | Edwards, et al. v. Haritos, et al. |
| 09 C 07803 | Murray et al v. Snapple Beverage Corp |
| 10 C 00470 | Hanson v. HVM L.L.C., et al. |
| 10 C 01313 | Lewis v. Cook County, et al. |
| 10 C 02355 | National Fire Adjustment Co. Inc. v. Hartford Fire Ins., et al. |

Cases reassigned to the Hon. Ronald A. Guzman

| | |
|---|---|
| 03 C 08481 | Howard v. City of Chicago |
| 08 C 04063 | Bloom Township HS Dist 206 v. DeFrancesco, et al. |
| 08 C 05760 | General Star Indemnity Company v. Odeh, et al. |
| 08 C 06608 | Auto-Owners Ins Company v. Xtreme Auto Sales, et al. |
| 09 C 03646 | Josefik v. NCR Corporation, et al. |

| | | |
|---|---|---|
| 09 C 06847 | Avalon v. Combined Insurance Co. et al. |
| 10 C 01031 | Baltimore v. McEwen, et al. |
| 10 C 02901 | Credle, et a.l v. Bay Area Credit Services |
| 10 C 02989 | S.P. Richards Company v. Advantage Office Products, et al. |

Cases reassigned to the Hon. William T. Hart

| | |
|---|---|
| 07 C 04907 | Rossetti, et al. v. Wascher, et al. |
| 08 C 06318 | Gaya v. United States Of America |
| 09 C 07392 | Wilson v. Illinois Central Railroad |
| 10 C 02209 | Washington v. Metro Self Storage LLC |
| 10 C 03087 | 3525 North Reta, Inc. et al. v. FDIC as Receiver for InBank |

Cases reassigned to the Hon. William J. Hibbler

| | |
|---|---|
| 04 C 06671 | Hillman v. City of Chicago |
| 08 C 02275 | Craig v. City of Chicago, et al. |
| 08 C 05284 | ICE Glass Print Florida, LLC et al v Surprize LLC, et al. |
| 08 C 06419 | Pantaleo vs. Hayes |
| 09 C 03581 | Jenkins, et al. v. Last Atlantis Partners, et al. |
| 10 C 00950 | Central States Pension Fund v. St. Joseph Packaging, et al. |
| 10 C 01270 | Carter v. Transcosco, et al. |
| 10 C 02908 | Auto Mechanics' Pension Fund v. SMR Mobile Services |
| 10 C 03559 | Davis, et al. v. Exel, Inc., et al. |

Cases reassigned to the Hon. James F. Holderman

| | |
|---|---|
| 97 C 08353 | Montano, et al. v. City of Chicago, et al. |
| 07 C 02904 | Nava v. Flores, et al. |
| 09 C 06338 | Gehrls v. Gooch, et al. |
| 10 C 01326 | Bragg v. Chase Bank USA, N.A., et al. |
| 10 C 03433 | Mello v. Appleillinois, LLC |

Cases reassigned to the Hon. Virginia M. Kendall

| | |
|---|---|
| 06 C 00644 | Heard, et al. v. Illinois Department of Corrections |
| 07 C 07013 | Petty v. City of Chicago, et al. |
| 08 C 05393 | Robinson v. Godinez et al |
| 09 C 03469 | Travis v. Keiper-Knapp, et al. |
| 09 C 06879 | Pilot, et al. v. Focused Retail Proper |
| 10 C 00230 | Brightstar International v. Minuteman International, et al. |
| 10 C 01332 | Rey v. Ali |

| | | |
|---|---|---|
| 10 C 02581 | Darbha v. Capgemini America Inc. |
| 10 C 03507 | Nance et al v. Litton Loan Servicing |

Cases reassigned to the Hon. Matthew F. Kennelly

| | | |
|---|---|---|
| 06 C 05086 | Johnson v. Joliet Junior College, et al. |
| 08 C 02345 | Sirazi v. Panda Express, Inc., et al. |
| 08 C 03501 | Cavin v. City of Chicago |
| 08 C 05959 | Paldo Sign and Display Company v. Topsoil Sportswear |
| 09 C 03121 | Giles v. Kelly, et al. |
| 09 C 03952 | Hornowski v. Ill. Dept. of Human Services |
| 10 C 00087 | MJK Partners, LLC, et al. v. Husman |
| 10 C 02372 | Maloul vs Holder, et al. |
| 10 C 03206 | HSBC Bank USA, N.A. v. Lopez, et al. |

Cases reassigned to the Hon. Joan Humphrey Lefkow

| | | |
|---|---|---|
| 07 C 05503 | Dailey v. Value City Deparmtnet Store |
| 07 C 05955 | Morgan v. Applied Systems, Inc. |
| 08 C 03327 | Jones v. Graphic Arts Finishing Company |
| 09 C 01271 | Rey v. Stroger, et al. |
| 09 C 07621 | Ryan v. Werner Enterprises, Inc. et al. |
| 10 C 00640 | James M. Sweeney, et al. v. Insituform |
| 10 C 01658 | Wendorf, et al. v. Landers, et al. |
| 10 C 02765 | O'Brien v. Landers, et al. |
| 10 C 03743 | Chicago Carpenters Pension Fund v. All Sports Turf, et al. |

Cases reassigned to the Hon. Harry D. Leinenweber

| | | |
|---|---|---|
| 03 C 07668 | Annie Howard v. Urban Investment Trust |
| 07 C 05246 | Alcazar-Anselmo v. City of Chicago, et al. |
| 08 C 03733 | Novick v. Staggers, et al. |
| 08 C 07458 | Lonergan v. Cargo Tech, Inc. |
| 09 C 01505 | Taubensee Steel & Wire Company v. Macsteel |
| 09 C 03942 | Isa Chicago Wholesale, Inc. v. Khan |
| 10 C 00206 | Michael Holzmeister v. PHH Mortgage |
| 10 C 01712 | Smith v. Illinois Community College |
| 10 C 02974 | Zepeda v. Re-Tech, Enviroquip System |
| 10 C 03862 | Carroll v. Hathaway, et al. |

Cases reassigned to the Hon. Blanche M. Manning

| | | |
|---|---|---|
| 07 C 03184 | Austin v. Cook County, et al. |
| 08 C 05140 | Enea Embedded Technology v. Embedded Control Systems |
| 08 C 06705 | Frantzides, et al. v. Northshore Univ. Healthsystem, et al. |
| 09 C 02530 | Taylor et al v. Home Depot U.S.A. |
| 09 C 06557 | Brooks v. Cook County, et al. |
| 09 C 06622 | Brooks v. Cook County, et al. |
| 10 C 00347 | Rey v. Belinski, et al. |
| 10 C 01086 | Villegas v. KCS Academy |
| 10 C 02805 | Ibew Local 134 v. JCG Industries/Koch Foods |
| 10 C 03492 | In Re: IFC Credit Corporation |

Cases reassigned to the Hon. Charles R. Norgle, Sr.

| | | |
|---|---|---|
| 02 C 05221 | Johnson v. Jung |
| 08 C 02214 | Olson v. United States Of America |
| 08 C 03409 | Corus Bank, N.A. v. De Guardiola |
| 09 C 02001 | Lashley v. Dart, et al. |
| 09 C 02288 | Lashley v. Dart, et al. |
| 09 C 07156 | Rutherford v. Xtra Lease LLC |
| 10 C 00547 | Hale v. Heart, et al. |
| 10 C 01862 | Bruno et al v. Millennium Trust Company |
| 10 C 02420 | Tonerhead, Inc. v. Inktec Zone America Corp., et al. |
| 10 C 03681 | Taylor v. Hardy, et al. |

Cases reassigned to the Hon. Rebecca R. Pallmeyer

| | | |
|---|---|---|
| 05 C 06110 | Itex, Inc. et al v. Westex, Inc. |
| 08 C 01224 | Itex, Inc. et al. v. Workrite Uniform |
| 06 C 02732 | McDonough v. City of Chicago, et al. |
| 07 C 01575 | Carroll v. Merril Lynch |
| 08 C 05233 | Galindo v. O'Donnell, et al. |
| 09 C 00339 | City of Joliet v. Platte River Insurance |
| 09 C 01925 | Stryker v. DMK & Associates, LLC |
| 09 C 06765 | Anderson v. Kelly, et al. |
| 10 C 00796 | Kyles v. State of Illinois, et al. |
| 10 C 02812 | United States v. Ahmad Bey |

Cases reassigned to the Hon. Amy J. St. Eve

| | | |
|---|---|---|
| 06 C 00688 | Johnson et al v. Evenflo Company, Inc. |
| 07 C 00983 | Morgan v. Finely, et al. |

| | | |
|---|---|---|
| 08 | C 02374 | Lockhart v. Hulick |
| 08 | C 06241 | Webb et al v. CBS Broadcasting, Inc. |
| 09 | C 03575 | General Electric Capital Corp. v. Snook Equip. Rental, et al. |
| 09 | C 06461 | Sauk Valley Bank & Trust Company v. FDIC |
| 10 | C 00379 | Anderson v. Barnes, et al. |
| 10 | C 01752 | Carpenters Fringe Benefit Funds v. Professional Drywall |
| 10 | C 02570 | Lieberman v. Phillips |

Cases reassigned to the Hon. Milton I. Shadur

| | | |
|---|---|---|
| 02 | C 06832 | Wiginton v. CB Richard Ellis |
| 07 | C 01721 | Abbott Laboratories, et al. v. Ranbaxy |
| 08 | C 05103 | Lanza v. City of Chicago, et al. |
| 09 | C 00438 | Bricklayers Local 56 Benefit Fund v. Dugco, Inc., et al. |
| 09 | C 02564 | Ahad v. City of Chicago, et al. |
| 09 | C 06533 | Byas v. Prairie Management Development |
| 10 | C 01969 | Jaw Construction, Inc. v. Nautilus |
| 10 | C 02920 | Local Union 422 Pension Fund v. Zilch Plumbing |
| 10 | C 03315 | Rodriguez v. Palos Cleaners, Inc. |

Cases reassigned to the Hon. James B. Zagel

| | | |
|---|---|---|
| 06 | C 02135 | Coleman v. Joliet Junior College, et al. |
| 07 | C 01476 | In Re: Petition of Marvin Aardema |
| 08 | C 02578 | Smith v. Morales, et al. |
| 08 | C 05565 | Shroats v. Customized Technology, Inc. |
| 09 | C 01617 | Arnold v. City of Chicago, et al. |
| 09 | C 07416 | J&J Sports Productions, Inc. v. Tess |
| 10 | C 00812 | HomeDirect, Inc. v. H.E.P. Direct |
| 10 | C 02625 | J & J Sports Productions, Inc. v. Evans, et al. |
| 10 | C 03571 | Local 705 Teamsters Welfare Fund v. Duran |