# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Ravi Darbha

                              Plaintiff,

v.                                              Case No.: 1:10–cv–02581
                                                Honorable Virginia M. Kendall

Capgemini America Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 17, 2010:

     MINUTE entry before Honorable Morton Denlow:Settlement conference held on 11/17/2010. Judge Denlow makes a settlement recommendation. The parties shall deliver or fax (312/554–8547) a letter to Judge Denlows chambers on or before the close of business on 11/22/2010, to advise Judge Denlow whether they accept the Courts recommendation.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.