UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Ravi Darbha
                  Plaintiff,

v.                                         Case No.: 1:10–cv–02581
                                                   Honorable Virginia M. Kendall

Capgemini America Inc.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 22, 2010:

      MINUTE entry before Honorable Morton Denlow: The parties having failed to accept Judge Denlows settlement recommendation, the referral is closed and the case is returned to the District Judge for further proceedings. Gretchen Helfrich and Marian Haney are hereby granted leave to withdraw their limited appearances as settlement counsel and they have no further responsibility for this litigation. The Court thanks them for their services.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.