UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAVI DARBHA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPGEMINI AMERICA, INC., )<br>)<br>Defendant. )<br>) | Case No. 10 C 2581<br><br>Judge Virginia M. Kendall |

## JOINT STATUS REPORT

Pursuant to the Order dated October 29, 2010, Pro Se Plaintiff Ravi Darbha ("Plaintiff" or "Darbha") and defendant Capgemini America, Inc. ("Capgemini" or "Defendant"), through its counsel, respectfully submit this Joint Status Report.

**A.** **Nature of the Case**

    1.    The lead attorneys on the case:

**For Plaintiff:**

Ravi Darbha, Pro Se

**For Defendant:**

Gerald D. Silver, Esq.
(Admitted Pro Hac Vice)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(T) (212) 408-5260
(F) (646) 710-5260
gsilver@chadbourne.com

        Cheryl Tama Oblander, Esq.
        Nathan D. Larsen, Esq.
        Butler Rubin Saltarelli & Boyd LLP
        70 West Madison Street
        Suite 1800
        Chicago, IL 60602
        (T) (312) 444-9660
        (F) (312) 444-9287
        CTama@butlerrubin.com
        nlarsen@butlerrubin.com

2. **Bases for federal jurisdiction.**

   Federal question.

3. **Nature of the claims asserted and any counterclaims.**

   Plaintiff claims that Defendant discriminated against him in his employment because of Plaintiff's age, national origin and race, and/or retaliated against him. Defendant denies any and all liability, and has asserted affirmative defenses in its Answer.

4. **Name of any party that has not been served and the nature of the non-service.**

   None

5. **Principal legal issues.**

   Whether Plaintiff states a prima facie case of discrimination; whether Capgemini sets forth a legitimate business reason for the termination; whether Capgemini's legitimate business reason for the termination is a pretext for discrimination.

6. **Principal factual issues.**

   Whether Capgemini terminated Plaintiff because the account Plaintiff was working on for Capgemini ended and Capgemini, despite its efforts, could not find another role for Plaintiff that matched his skill sets and/or for which he would not have had to relocate; whether Capgemini made its decision because of Darbha's age (43), national origin or race (India); whether any retaliation occurred.

B. **Discovery**

1. Discovery was on hold while Magistrate Judge Denlow held a Settlement Conference on November 17, 2010. Hence, discovery has not yet begun. Based on the Initial Status Reports previously submitted, the parties propose the following schedule:

      a.      The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by December 17, 2010.

      b.      All non-expert fact discovery to be completed by March 31, 2011.

      c.      Reports from retained experts under Fed. R. Civ. P. 26(a)(2), if any, are due:

      From Plaintiff by March 31, 2011

      From Defendant by April 29, 2011.

      d.      All retained expert depositions to be completed by May 20, 2011.

2. **Brief description of any pending motions and anticipated motions.**

    No pending motions. Capgemini anticipates moving for summary judgment and possibly making motions in limine.

3. **Brief description of any previously entered rulings on substantive issues.**

    None

4. **Any previously filed status reports.**

    Both parties filed their own respective proposed Initial Status Reports in October 2010.

**C. Trial.**

1. **If Trial is anticipated will the parties consent to proceed before a Magistrate Judge:**

    The parties do not consent to proceed before a Magistrate Judge.

2. **If a Trial is anticipated, how long the trial will take and whether a jury is requested.**

    Plaintiff has requested a jury. The parties anticipate a 2-3 day trial.

**D. Settlement.**

1. The parties attended a Settlement Conference before Magistrate Judge Denlow. Settlement discussions were unsuccessful.

Respectfully submitted,

                                                    **CAPGEMINI AMERICA, INC.**

By: /s/ Ravi Darbha                 By: /s/ Gerald D. Silver
    Ravi Darbha                          Gerald D. Silver, Esq.
 Plaintiff Pro Se                      (Admitted Pro Hac Vice)
                                          Chadbourne & Parke LLP
                                          30 Rockefeller Plaza
                                          New York, NY 10112
                                          (T) (212) 408-5260
                                          (F) (646) 710-5260
                                          gsilver@chadbourne.com

                                      By: /s/ Nathan D. Larsen, Esq.
                                           Cheryl Tama Oblander, Esq.
                                           Nathan D. Larsen, Esq.
                                          Butler Rubin Saltarelli & Boyd LLP
                                          70 West Madison Street
                                          Suite 1800
                                          Chicago, IL 60602
                                          (T) (312) 444-9660
                                          (F) (312) 444-9287
                                          CTama@butlerrubin.com
                                          Nlarsen@butlerrubin.com

Dated: December 1, 2010

                                              **ENTER:**

                                              _____
                                              **HONORABLE VIRGINIA M. KENDALL**

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 1, 2010, a copy of the foregoing Joint Status Report was filed electronically with the Court. The undersigned also certifies that a copy of the foregoing Joint Status Report was served by overnight mail, Federal Express, to:

Ravi Darbha
1431 Johnson Dr.
Apt. 1024
Buffalo Grove, IL 60089

           /s/ Gerald D. Silver, Esq.
           One of the Attorneys for Defendant