## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Ravi Darbha
                Plaintiff,

v.                                     Case No.: 1:10–cv–02581
                                                   Honorable Virginia M. Kendall

Capgemini America Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 6, 2010:

      MINUTE entry before Honorable Virginia M. Kendall:Initial status hearing held on 12/6/2010 and continued to 1/13/2011 at 09:00 AM. Plaintiff failed to appear. Plaintiff shall appear in court on 1/13/2011. His failure to appear and respond to the joint status report is in violation of the courts order. This could result in his case being dismissed for want of prosecution. Discovery ordered closed by 3/31/2011. Expert discovery cut off 3/31/2011. Defendants discovery cut off 4/29/2011. Expert depositions by 5/20/2011. Status hearing set for 4/4/2011 at 09:00 AM. Defendant may appear by telephone at the next status hearing. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.