# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Ravi Darbha

                Plaintiff,

v.                                     Case No.: 1:10–cv–02581
                                     Honorable Virginia M. Kendall

Capgemini America Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2011:

      MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 4/4/2011.The Court extends fact discovery. Discovery ordered closed by 5/20/2011. Status hearing set for 5/23/2011 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.