**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Ravi Darbha
                Plaintiff,

v.                                      Case No.: 1:10–cv–02581
                                            Honorable Virginia M. Kendall

Capgemini America Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 28, 2011:

      MINUTE entry before Honorable Virginia M. Kendall: Status hearing set for 11/21/2011 at 09:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.