UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAVI DARBHA, ) | |
| ) | Case No. 10 C 2581 |
| Plaintiff, ) | |
| ) | Judge Virginia M. Kendall |
| v. ) | |
| ) | |
| CAPGEMINI AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION**

TO: Ravi Darbha
      1431 Johnson Dr.
      Apt. 1024
      Buffalo Grove, IL 60089

      PLEASE TAKE NOTICE that, pursuant to the Order of Honorable Virginia M. Kendall entered on May 26, 2011, and upon the accompanying Rule 56.1 Statement, Affidavit of Gerald D. Silver, sworn to on August 19, 2011, the exhibits annexed thereto, Defendant Capgemini America Inc.'s Memorandum of Law in Support of Its Motion for Summary Judgment dated August 19, 2011, and all prior pleadings and proceedings had herein, defendant Capgemini America, Inc. hereby moves, pursuant to Fed. R. Civ. P. 56, for summary judgment dismissing the claims of plaintiff Ravi Darbha in this action.

Dated: August 19, 2011

        **CAPGEMINI AMERICA, INC.**

        By: /s/ Gerald D. Silver
            One of Its Attorneys

        Gerald D. Silver, Esq.
        (Admitted Pro Hac Vice)
        Chadbourne & Parke LLP
        30 Rockefeller Plaza
        New York, NY 10112
        Phone: (212) 408-5260
        Fax: (646) 710-5260
        gsilver@chadbourne.com

        Cheryl Tama Oblander, Esq.
        Nathan D. Larsen, Esq.
        Butler Rubin Saltarelli & Boyd LLP
        70 West Madison Street
        Suite 1800
        Chicago, IL 60602
        Phone: (312) 444-9660
        Fax: (312) 444-9287
        CTama@butlerrubin.com
        nlarsen@butlerrubin.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2011, copies of the foregoing Notice of Motion and Motion were filed electronically with the Court. The undersigned also certifies that a copy of the foregoing Notice of Motion and Motion was served by U.S. First Class Mail, postage paid, at 30 Rockefeller Plaza, New York, NY 10112 on:

Ravi Darbha
1431 Johnson Dr.
Apt. 1024
Buffalo Grove, IL 60089

        /s/ Gerald D. Silver
        One of the Attorneys for Defendant