## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RAVI DARBHA, )
)
 Plaintiff )
)
v. ) Case Number: 10 C 2581
)
) Judge: Virginia M. Kendall
CAPGEMINI AMERICA, INC., )
)
 Defendant )

### NOTICE OF MOTION

**TO:** Ravi Darbha

1431 Johnson Drive, Apt. 1024

Buffalo Grove, IL 60089

**PLEASE TAKE NOTICE** that on October 6, 2011 at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Kendall or any judge sitting in his or her stead in **Courtroom** 2319 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion for Summary Judgment

### CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2011, I provided service to the person or persons listed above by the following means: E-filing and First Class Mail

Signature: /s/ Gerald D. Silver     Date: August 19, 2011

Name (Print): Gerald D. Silver, Esq.

Address: Chadbourne & Parke LLP     Phone: 212-408-5260

30 Rockefeller Plaza

New York, NY 10112