# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAVI DARBHA, ) <br> ) <br>            Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAPGEMINI AMERICA, INC., ) <br> ) <br>            Defendant. ) | Case No. 10 C 2581 <br><br> Judge Virginia M. Kendall |

## AGREED MOTION TO EXTEND DATES

Plaintiff Ravi Darbha ("Plaintiff") and defendant Capgemini America, Inc. ("Capgemini") hereby submit this Agreed Motion to Extend Dates concerning Plaintiff's opposition to Capgemini's motion for summary judgment, and Capgemini's reply thereto.

1. Pursuant to the Court's scheduling order entered May 26, 2011, Capgemini filed and served its motion for summary judgment on August 19, 2011. Plaintiff's opposition was due on September 19, 2011. On September 19, 2011, Plaintiff telephoned Capgemini's counsel and requested an extension.

2. Plaintiff requests the extension because he is not an attorney, represents himself pro se and, therefore, requires more time to respond. Additionally he is in the process of relocating and trying to find new employment. Capgemini consents to an extension as follows: (i) the deadline for Plaintiff to serve and file his opposition brief is extended until October 17, 2011, (ii) the deadline for Capgemini to serve and file its reply brief is extended until October 31, 2011; and (iii) the return date of the motion is stricken from October 6, 2011 and continued until November 21, 2011 at 9:00 a.m.

The parties jointly and respectfully request that the Court grant the extended dates as set forth above.

Dated: September 20, 2011

**RAVI DARBHA**

By: _____
    Ravi Darbha
Plaintiff
1431 Johnson Drive
Apt. 1024
Buffalo Grove, IL 60089

**CAPGEMINI AMERICA, INC.**

By: /s/ Gerald D. Silver
    One of Its Attorneys

Gerald D. Silver, Esq.
(Admitted Pro Hac Vice)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408-5260
Fax: (646) 710-5260
gsilver@chadbourne.com

Cheryl Tama Oblander, Esq.
Nathan D. Larsen, Esq.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602
Phone: (312) 444-9660
Fax: (312) 444-9287
CTama@butlerrubin.com
nlarsen@butlerrubin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2011, I provided service to all parties by filing the foregoing document electronically with the Court and via e-mail to Ravi Darbha at darbharavi@hotmail.com.

/s/ Gerald D. Silver
One of the Attorneys for Defendant
