# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAVI DARBHA, ) | |
| ) | Case No. 10 C 2581 |
| Plaintiff, ) | |
| ) | Judge Virginia M. Kendall |
| v. ) | |
| ) | |
| CAPGEMINI AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on Monday, September 26, 2011 at 9:00 am or as soon thereafter as the parties may be heard, the parties shall appear before the Honorable Virginia M. Kendall in Courtroom 2319 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the following motion attached hereto.

Dated: September 20, 2011

                                                      **RAVI DARBHA**

                                                 By: _____
                                                       Ravi Darbha
                                                 Plaintiff
                                                 1431 Johnson Drive
                                                 Apt. 1024
                                                 Buffalo Grove, IL  60089

**CAPGEMINI AMERICA, INC.**

By: /s/ Gerald D. Silver
       One of Its Attorneys

Gerald D. Silver, Esq.
(Admitted Pro Hac Vice)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408-5260
Fax: (646) 710-5260
gsilver@chadbourne.com

Cheryl Tama Oblander, Esq.
Nathan D. Larsen, Esq.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602
Phone: (312) 444-9660
Fax: (312) 444-9287
CTama@butlerrubin.com
nlarsen@butlerrubin.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2011, I provided service to all parties by filing the foregoing document electronically with the Court and via e-mail to Ravi Darbha at darbharavi@hotmail.com.

      /s/ Gerald D. Silver
      One of the Attorneys for Defendant

2

CPAM: 4226199.1