# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Ravi Darbha

                      Plaintiff,

v.                                                     Case No.: 1:10–cv–02581
                                                            Honorable Virginia M. Kendall

Capgemini America Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2011:

      MINUTE entry before Honorable Virginia M. Kendall: The parties' Agreed Motion to extend dates [39] on motion for summary judgment is granted. Defendant's Motion for summary judgment [34] is entered. Plaintiff to file response with supporting brief by 10/17/2011; defendant to file reply with supporting brief by 10/31/2011. Ruling will be by mail. No appearance is required on 9/26/2011 or 10/6/2011. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.