# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| Ravi Darbha <br> *Plaintiff* <br> v. <br> Capgemini America, Inc. <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  10 c 2581 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
For the reasons stated, the Court grants Capgemini's motion for summary judgment in its entirety.  This case is hereby terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Virginia M. Kendall  on a motion for  summary judgment by the defendant.

Date:  Mar 6, 2012                    Thomas G. Bruton, Clerk of Court

                                      /s    Tresa S. Abraham