IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ravi Darbha, | ) | |
| Plaintiff | ) | Case No. 10-cv-2581 |
| | ) | |
| | ) | Judge: Virginia M. Kendall |
| v. | ) | |
| | ) | |
| Capgemini America Inc., | ) | |
| Defendant | ) | |
| | ) | |

**FILED**
MAR 1 9 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice of Appeal

Notice is hereby given that Plaintiff (Ravi Darbha, PRO SE) in the above captioned case, appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's entry of judgment 'Summary Judgment granted in favor of Defendant (moving party)' on 03/06/2012.

Respectfully submitted,

Ravi Darbha
5034 CAROL ST, APT-1,
SKOKIE, IL - 60077
(T) 630-847-3376
darbharavi@hotmail.com

Attorney for Defendant:

Gerald D. Silver, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(T) 212-408-5260

**PAID**
RECEIPT # 4624076909
MAR 1 9 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT