IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ravi Darbha, Plaintiff | ) ) ) | Case No. 10-cv-2581 |
| v. | ) ) ) | Judge: Virginia M. Kendall |
| Capgemini America Inc., Defendant | ) ) ) ) | |

FILED
MAR 1 9 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## DOCKETING STATEMENT

Pursuant to Federal Rule of Appellate Procedure 3 (c), Appellant (Ravi Darbha, PRO SE), respectfully submits the following:

A. Subject matter jurisdiction was properly exercised by the District Court under 28 U.S.C. §1331. This action arose under Title VII of the Civil Rights Act of 1964, and 42 U.S.C.§1981; Age Discrimination Employment Act; and all other applicable statutes. Plaintiff is a resident of the state of Illinois and the Defendant is a corporation with office in the state of Illinois.

B. The Court of Appeals has jurisdiction in this matter under 28 U.S.C. §1291.

C. On 03/06/2012, order was entered granting Defendant's(moving party) motion for summary judgment. There are not any other claims remaining before the District Court. There are not any other motions or orders that have since been entered.

D. There are not prior related appellate proceedings in this matter. There is not prior litigation in the District Court that is not being appealed.

E. The Notice of Appeal was filed on 03/19/2012.

Respectfully submitted,

Ravi Darbha
5034 CAROL ST, APT-1,
SKOKIE, IL - 60077
(T) 630-847-3376
darbharavi@hotmail.com

Attorney for Defendant:

Gerald D. Silver, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(T) 212-408-5260