

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

April 6, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE:  *Darbha -v- Capgemini America Inc*.

U.S.D.C. DOCKET NO. : *10 cv 2581*

U.S.C.A. DOCKET NO. :  *12-1651*

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF *ELECTRONIC* PLEADING(S)		3

 VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

				Very truly yours,

				Thomas G. Bruton, Clerk

				By: D. Jordan
				      Deputy Clerk

**I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*3 Volumes of Pleadings*

In the cause entitled: Darbha -v- Capgemini America Inc..

USDC NO.  : *10 cv 2581*

USCA NO.  : *12-1651*

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 6th day of Apr. 2012.

        THOMAS G. BRUTON, CLERK

        By: /s/  D. Jordan, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ D. JORDAN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
April 6, 2012

APPEAL,DENLOW,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 5.0.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:10-cv-02581
# Internal Use Only

| | |
|---|---|
| Darbha v. Capgemini America Inc. | Date Filed: 04/27/2010 |
| Assigned to: Honorable Virginia M. Kendall | Date Terminated: 03/06/2012 |
| Case in other court: 12-01651 | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 42:2000 Job Discrimination (Age) | Jurisdiction: Federal Question |

**Plaintiff**

**Ravi Darbha**     represented by **Ravi Darbha**
5034 Carol Street
Apt. 1
Skokie, IL 60077
630-847-3376
PRO SE

**Gretchen Elizabeth Helfrich**
Mayer Brown Llp
LIMITED APPEARANCE
71 S. Wacker Dr.
Chicago, IL 60606
(312) 701-7387
Email: ghelfrich@mayerbrown.com
*TERMINATED: 11/22/2010*

V.

**Defendant**

**Capgemini America Inc.**     represented by **Cheryl Tama Oblander**
*an Illinois corporation*     Butler, Rubin, Saltarelli & Boyd LLP
70 West Madison
Suite 1800
Chicago, IL 60602
312 444 9660
Email: ctama@butlerrubin.com

*ATTORNEY TO BE NOTICED*

**Gerald D. Silver**
Chadbourne & Parke Llp
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5260
Email: gsilver@chadbourne.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan D. Larsen**
Butler, Rubin, Saltarelli & Boyd LLP
70 West Madison
Suite 1800
Chicago, IL 60602
312 242 4125
Fax: 312 873 4232
Email: nlarsen@butlerrubin.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2010 | 1 | COMPLAINT filed by Ravi Darbha; Jury Demand. (Exhibits) (mb, ) (Entered: 04/28/2010) |
| 04/27/2010 | 2 | CIVIL Cover Sheet. (mb, ) (Entered: 04/28/2010) |
| 04/27/2010 | 3 | PRO SE Appearance by Plaintiff Ravi Darbha. (mb, ) (Entered: 04/28/2010) |
| 04/27/2010 | "TYPE=PICT;ALT=LOCK" 4 | (Court only) RECEIPT regarding payment of filing fee paid on 4/27/2010 in the amount of $350.00, receipt number 4624039391. (mb, ) (Entered: 04/28/2010) |
| 04/27/2010 | 6 | SUMMONS Issued as to Defendant Capgemini America Inc. (mb, ) (Entered: 05/24/2010) |
| 05/17/2010 | 7 | SUMMONS Returned Executed by Ravi Darbha as to Capgemini America Inc. on 5/3/2010, answer due 5/24/2010. (mb, ) (Entered: 05/24/2010) |
| 05/18/2010 | 5 | ATTORNEY Appearance for Defendant Capgemini America Inc. by Cheryl Tama Oblander (Tama Oblander, Cheryl) (Entered: 05/18/2010) |

| | | |
|---|---|---|
| 05/24/2010 | 8 | *Defendant's* ANSWER to Complaint *of Employment Discrimination* by Capgemini America Inc.(Tama Oblander, Cheryl) (Entered: 05/24/2010) |
| 06/07/2010 | 9 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice. (Entered: 06/07/2010) |
| 06/07/2010 | 10 | MINUTE entry before Honorable Morton Denlow: Status hearing set for 7/22/2010 at 10:00 AM. in Courtroom 1350. Parties shall deliver a copy of an initial status report to chambers, Room 1356, five business days before the initial status hearing. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient. The parties are directed to review and to comply with Judge Denlow's standing order setting initial status report. Copies are available in chambers or through Judge Denlow's web page at www.ilnd.uscourts.gov/home/JudgeInfo.aspx.Mailed notice (dmk, ) (Entered: 06/07/2010) |
| 07/16/2010 | 11 | INITIAL STATUS Report by Ravi Darbha. (mb, ) (Entered: 07/21/2010) |
| 07/21/2010 | 12 | MOTION for Leave to Appear Pro Hac Vice (Silver, Gerald) (Entered: 07/21/2010) |
| 07/21/2010 | 13 | ATTORNEY Appearance for Defendant Capgemini America Inc. by Nathan D. Larsen (Larsen, Nathan) (Entered: 07/21/2010) |
| 07/21/2010 | 14 | STATUS Report *(Defendant's Proposed Initial Status Report)* by Capgemini America Inc. (Larsen, Nathan) (Entered: 07/21/2010) |
| 07/22/2010 | 15 | MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 7/22/2010. Judge Denlow appoints counsel solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings. Status hearing set for 9/30/2010 at 10:15 AM.Mailed notice (dmk, ) (Entered: 07/22/2010) |
| 08/02/2010 | 16 | ORDER OF THE EXECUTIVE COMMITTEE: IT IS HEREBY ORDERED That, in the interests of judicial efficiency, any pending civil cases previously pending before retired District Judge Wayne R. Andersen and needing further judicial attention should be noticed in front of Chief Judge James F. Holderman in Courtroom 2541 during his usual civil motion time at 9:00 a.m. on Tuesdays and Thursdays. IT IS FURTHER ORDERED That this Order shall remain in effect until retired District Judge Wayne R. Anderson's pending civil cases have been reassigned to other district judges of this Court. Signed by the Executive Committee on 8/2/2010. Mailed notice (td, ) (Entered: 08/02/2010) |
| 08/20/2010 | 17 | PAYMENT by Capgemini America Inc. of Pro Hac Fee $ 50, receipt number 0752-5139504. (Silver, Gerald) (Entered: 08/20/2010) |
| 08/30/2010 | 18 | LIMITED APPEARANCE FOR SETTLEMENT by Gretchen Elizabeth |

| | | |
|---|---|---|
| | | Helfrich for Plaintiff Ravi Darbha (Helfrich, Gretchen) (Entered: 08/30/2010) |
| 08/30/2010 | 19 | MINUTE entry before Honorable James F. Holderman:Gerald D. Silver's motion (Doc 12 ) for leave to appear pro hac vice as additional counsel for defendant is granted. Mailed notice (sct, ) (Entered: 08/30/2010) |
| 09/30/2010 | 20 | MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 9/30/2010. Case is set to 11/17/2010 at 2:00 P.M. in courtroom 1350 for settlement conference. The parties are directed to review and to comply with Judge Denlows Standing Order Setting Settlement Conference. Copies are availabe in chambers or through Judge Denlows web page at www.ilnd.uscourts.gov. Failure to comply with the provisions of the Courts Standing Order Setting Settlement Conference may result in the unilateral cancellation of the settlement conference by the Court. Because of the volume of settlement conferences conducted by Judge Denlow, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Parties are required to deliver to chambers or fax to chambers (312/554-8547) copies of their most recent settlement demands and offers at least five (5) business days prior to the settlement conference. Mailed notice (ldg, ) (Entered: 09/30/2010) |
| 10/29/2010 | 21 | MINUTE entry before Honorable Virginia M. Kendall: Initial status hearing set for 12/06/2010 @ 9:00 a.m. Joint Status Report due by 12/1/2010. (See Judge Kendall's web page found at www.ilnd.uscourts.gov for information about status reports). The parties are to report on the following: (1) Possibility of settlement in the case; (2) if no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the Court's action herein. Lead counsel is directed to appear at this status hearing.Mailed notice (tsa, ) (Entered: 10/29/2010) |
| 10/29/2010 | 22 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Virginia M. Kendall for all further proceedings. It appearing that the Hon. Wayne R. Anderson elected to retire from the bench as of August 1, 2010; therefore, It is hereby ordered that the cases on the attached list are to be reassigned to other judges of this Court as indicated. Signed by Executive Committee on 10/29/10.(rp, ) (Entered: 11/01/2010) |
| 11/17/2010 | 23 | MINUTE entry before Honorable Morton Denlow:Settlement conference held on 11/17/2010. Judge Denlow makes a settlement recommendation. The parties shall deliver or fax (312/554-8547) a letter to Judge Denlows chambers on or before the close of business on 11/22/2010, to advise Judge Denlow whether they accept the Courts recommendation.Mailed notice (ldg, ) (Entered: 11/17/2010) |
| 11/22/2010 | 24 | MINUTE entry before Honorable Morton Denlow: The parties having failed to accept Judge Denlows settlement recommendation, the referral is closed and the case is returned to the District Judge for further proceedings. |

| | | |
|---|---|---|
| | | Gretchen Helfrich and Marian Haney are hereby granted leave to withdraw their limited appearances as settlement counsel and they have no further responsibility for this litigation. The Court thanks them for their services.Mailed notice (ldg, ) (Entered: 11/22/2010) |
| 11/22/2010 | "TYPE=PICT;ALT=LOCK" | (Court only) *** Attorney Gretchen Elizabeth Helfrich terminated. (ph, ) (Entered: 06/01/2011) |
| 12/01/2010 | 25 | STATUS Report *Joint Status Report* by Capgemini America Inc. (Larsen, Nathan) (Entered: 12/01/2010) |
| 12/06/2010 | 26 | MINUTE entry before Honorable Virginia M. Kendall:Initial status hearing held on 12/6/2010 and continued to 1/13/2011 at 09:00 AM. Plaintiff failed to appear. Plaintiff shall appear in court on 1/13/2011. His failure to appear and respond to the joint status report is in violation of the courts order. This could result in his case being dismissed for want of prosecution. Discovery ordered closed by 3/31/2011. Expert discovery cut off 3/31/2011. Defendants discovery cut off 4/29/2011. Expert depositions by 5/20/2011. Status hearing set for 4/4/2011 at 09:00 AM. Defendant may appear by telephone at the next status hearing. Mailed notice (tsa, ) (Entered: 12/06/2010) |
| 01/13/2011 | 27 | MINUTE entry before Honorable Virginia M. Kendall:Initial status hearing held on 1/13/2011.Advised in open court notice (tsa, ) (Entered: 01/14/2011) |
| 04/04/2011 | 28 | MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 4/4/2011.The Court extends fact discovery. Discovery ordered closed by 5/20/2011. Status hearing set for 5/23/2011 at 09:00 AM.Advised in open court notice (tsa, ) (Entered: 04/04/2011) |
| 05/20/2011 | 30 | TRAVELING to India from 05-June-2011 to 22-Aug-2011 by Ravi Darbha. (ber, ) (Entered: 05/25/2011) |
| 05/23/2011 | 29 | MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 5/23/2011 and continued to 5/25/2011 at 9:00 a.m. Defendant appeared after the case was called. Mailed notice (tsa, ) (Entered: 05/23/2011) |
| 05/23/2011 | 31 | MOTION by Plaintiff Ravi Darbha to compel. (mb, ) (Entered: 05/25/2011) |
| 05/25/2011 | 32 | MINUTE entry before Honorable Virginia M. Kendall:Plaintiff's motion to compel 31 is denied. Plaintiff to inform the defendant of his wages over the last few years. Dispositive motions with supporting memoranda due by 8/22/2011. Responses due by 9/19/2011. Replies due by 10/3/2011. Ruling will be made by mail. There will be no further extensions.Mailed notice (tsa, ) (Entered: 05/26/2011) |
| 06/28/2011 | 33 | MINUTE entry before Honorable Virginia M. Kendall: Status hearing set for |

| | | |
|---|---|---|
| | | 11/21/2011 at 09:00 AM.Mailed notice (tsa, ) (Entered: 06/28/2011) |
| 08/19/2011 | 34 | MOTION by Defendant Capgemini America Inc. for summary judgment (Silver, Gerald) (Entered: 08/19/2011) |
| 08/19/2011 | 35 | NOTICE of Motion by Gerald D. Silver for presentment of motion for summary judgment 34 before Honorable Virginia M. Kendall on 10/6/2011 at 09:00 AM. (Silver, Gerald) (Entered: 08/19/2011) |
| 08/19/2011 | 36 | AFFIDAVIT by Defendant Capgemini America Inc. in Support of MOTION by Defendant Capgemini America Inc. for summary judgment 34 (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45)(Silver, Gerald) (Entered: 08/19/2011) |
| 08/19/2011 | 37 | MEMORANDUM by Capgemini America Inc. in support of motion for summary judgment 34 (Silver, Gerald) (Entered: 08/19/2011) |
| 08/19/2011 | 38 | RULE 56 Statement by Capgemini America Inc. regarding motion for summary judgment 34 (Silver, Gerald) (Entered: 08/19/2011) |
| 09/21/2011 | 39 | MOTION by Defendant Capgemini America Inc. for extension of time (Silver, Gerald) (Entered: 09/21/2011) |
| 09/21/2011 | 40 | NOTICE of Motion by Gerald D. Silver for presentment of extension of time 39 before Honorable Virginia M. Kendall on 9/26/2011 at 09:00 AM. (Silver, Gerald) (Entered: 09/21/2011) |
| 09/22/2011 | 41 | MINUTE entry before Honorable Virginia M. Kendall: The parties' Agreed Motion to extend dates 39 on motion for summary judgment is granted. Defendant's Motion for summary judgment 34 is entered. Plaintiff to file response with supporting brief by 10/17/2011; defendant to file reply with supporting brief by 10/31/2011. Ruling will be by mail. No appearance is required on 9/26/2011 or 10/6/2011. Mailed notice by judge's staff. (srb,) (Entered: 09/22/2011) |
| 10/17/2011 | 42 | MEMORANDUM by Ravi Darbha in Opposition to motion for summary judgment 34 (mb, ) (Entered: 10/19/2011) |
| 10/17/2011 | 43 | RESPONSE by Plaintiff Ravi Darbha to defendant's Rule 56.1 Statement. (Exhibits) # 1 Attachment 1) (mb, ). (Poor Quality Original - Paper Document on File.) (Entered: 10/21/2011) |

| Date | # | Description |
|---|---|---|
| 10/25/2011 | 44 | NOTICE by Ravi Darbha of Change of Address. (mb, ) (Entered: 10/27/2011) |
| 10/28/2011 | 45 | REPLY by Defendant Capgemini America Inc. to motion for summary judgment 34 *MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT* (Silver, Gerald) (Entered: 10/28/2011) |
| 11/18/2011 | 46 | MINUTE entry before Honorable Virginia M. Kendall:Status hearing set for 11/21/2011 is stricken. The Court will rule by mail.Mailed notice (tsa, ) (Entered: 11/18/2011) |
| 03/06/2012 | 47 | MINUTE entry before Honorable Virginia M. Kendall:Enter MEMORANDUM, OPINION AND ORDER: For the reasons stated, the Court grants Capgeminis motion for summary judgment in its entirety 34 . Civil case terminated. Mailed notice (tsa, ) (Entered: 03/06/2012) |
| 03/06/2012 | 48 | MEMORANDUM Opinion and Order Signed by the Honorable Virginia M. Kendall on 3/6/2012.(tsa, ) (Entered: 03/06/2012) |
| 03/06/2012 | 49 | ENTERED JUDGMENT (tsa, ) (Entered: 03/06/2012) |
| 03/19/2012 | 50 | NOTICE of appeal by Ravi Darbha regarding orders 49 , 48 , 47 Filing fee $ 455.00. Receipt #4624076909. (dj, ) (Entered: 03/20/2012) |
| 03/19/2012 | 51 | DOCKETING Statement by Ravi Darbha regarding notice of appeal 50 (dj, ) (Entered: 03/20/2012) |
| 03/20/2012 | 52 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 03/20/2012) |
| 03/20/2012 | 53 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 50 . Notified counsel (dj, ) (Entered: 03/20/2012) |
| 03/20/2012 | 54 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 50 ; USCA Case No. 12-1651. (mb, ) (Entered: 03/21/2012) |
| 03/30/2012 | 55 | DOCUMENTS/RECORD to Forward to Appeals Court by Ravi Darbha. (mb, ) (Entered: 04/03/2012) |

**KEY**

**All items are included in this record.**